

MARY ANN C. MAY
ATTORNEY AT LAW
mmay@parrbrown.com

May 29, 2015

**VIA ECF**

Honorable Richard M. Berman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

  Re: <u>Todd Okimoto v. Yongjun Cai, et al.</u>: **Civil Action No. 13-cv-04494 (RMB)**

Dear Judge Berman:

  As you are aware, Jonathan O. Hafen and I represent Defendants Child, Van Wagoner & Bradshaw, PLLC and Anderson Bradshaw PLLC (collectively, the "Accountant Defendants") in the above-referenced matter. We write today to request Your Honor's permission to appear telephonically for the status/settlement conference scheduled on June 17, 2015 at 11:30 a.m. EST in this matter.

  We appreciate the Court's willingness to allow for our telephonic appearance in the past—as this appearance is the most cost-effective given our clients' limited resources. Thank you for your attention to this matter, and please feel free to contact us with any questions.

        Respectfully,

        *Mary Ann C. May*
        Mary Ann C. May

cc: All Counsel (via ECF only)

---

**Parr Brown Gee & Loveless**, A Professional Corporation
**101 South 200 East, Suite 700, Salt Lake City, UT 84111**
**T** 801.532.7840 **F** 801.532.7750 www.parrbrown.com

